UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PATRICK LANGLEY, | ) Case No. 06-CV-1028-W (JMA) |
| Plaintiff, | ) **ORDER DENYING JOINT MOTION FOR CONTINUANCE OF EXPERT DESIGNATION AND EXPERT DISCOVERY DATES** |
| v. | |
| DEBRA A. DOMINICI, et al., | |
| Defendants. | ) **[Doc. No. 33]** |

**IT IS HEREBY ORDERED** that the Joint Motion for Continuance of Expert Designation and Expert Discovery Dates [Doc. No. 33] is **DENIED WITHOUT PREJUDICE** as it does not contain a signature from counsel for Defendant Debra A. Dominici.

**IT IS SO ORDERED.**

DATED: September 14, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv0695